CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Estela Acevedo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO MENDOZA RAMOS, et al.,<br><br>Defendants. | CR. No.: 2:21-cr-00109 DAD-5<br><br>DEFENDANT ESTELA ACEVEDO'S WAIVER OF PERSONAL APPEARANCE |

    Defendant, Estela Acevedo, hereby waives her right to be personally present in open court for the hearing of any status conference, motion, or other proceeding in this case, including the setting of trial dates, except that she will agree to be personally present for any plea, sentencing, or jury trial, and she agrees to be personally present in court when so ordered by the court.  Defendant currently lives in Las Vegas, Nevada.  Travel to Sacramento from Las Vegas represents a significant and burdensome expense for Ms. Acevedo.

    Defendant Acevedo hereby requests the Court to proceed during any absence of the defendant that the Court may permit pursuant to this waiver.  Defendant agrees that her interests will be deemed represented at all times by the presence of her attorney or designee, the same as if defendant were personally present.  Defendant further agrees to be present in court ready for trial on any date set by the court in defendant's absence.

    Defendant Acevedo further acknowledges that she has been informed of her rights

- 1 -

09/27/23

under Title 18 U.S.C. 3161-3174 of the Speedy Trial Act and authorizes his counsel to set times and delays under the Act without her being present.

DATED: September 27, 2023        I consent to the above waiver of personal appearance.

/s/ Estela Acevedo
ESTELA ACEVEDO

DATED: September 27, 2023        I agree to the above waiver of personal appearance.

/s/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ

**ORDER**

I approve the above waiver of personal appearance.

IT IS SO ORDERED.

Dated:  **September 27, 2023**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE