```
CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055
```

Attorney for ESTELA ACEVEDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ESTELA ACEVEDO,<br><br>Defendants. | Case No.: 2:21-cr-00109 DAD-5<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>DATE:  January 6, 2025<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Robert Abendroth, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ESTELA ACEVEDO, that the sentencing hearing scheduled for January 6, 2025, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on March 3, 2025, at 9:30 a.m. in order for the defense to pursue relevant mitigating information prior to sentencing.  The parties further request that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Informal Objections: | 2/4/2025 |
| Final Presentence Report: | 2/11/2025 |
| Motion for Correction: | 2/18/2025 |
| Reply, or Non-Opposition: | 2/24/2025 |
| J&S: | 3/3/2025 |

12/11/24

DATED:	December 10, 2024		/S/	Robert Abendroth
					Phillip Talbert
					by ROBERT ABENDROTH
					Attorney for Plaintiff


DATED:	December 10, 2024		/S/	Clemente M. Jiménez
					CLEMENTE M. JIMÉNEZ
					Attorney for ESTELA ACEVEDO


## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, scheduled for January 6, 2025, at 9:30 a.m., is vacated and the matter continued is to March 3, 2025, at 9:30 a.m., for imposition of judgment and sentencing.  In addition, the schedule of disclosure of the presentence report and related dates is hereby modified as proposed by the parties.  **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:  **December 11, 2024**

				DALE A. DROZD
				UNITED STATES DISTRICT JUDGE

12/11/24