CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ESTELA ACEVEDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ESTELA ACEVEDO,<br><br>Defendants. | Case No.: 2:21-cr-109 DAD-5<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>DATE:  March 3, 2025<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Emily Sauvageau, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ESTELA ACEVEDO, that the sentencing hearing scheduled for March 3, 2025, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on April 28, 2025, at 9:30 a.m.  The defense's mitigation specialist requires additional time to secure relevant information prior to sentencing.  The parties further request that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Informal Objections: | 3/31/2025 |
| Final Presentence Report: | 4/7/2025 |
| Motion for Correction: | 4/14/2025 |
| Reply, or Non-Opposition: | 4/21/2025 |
| J&S: | 4/28/2025 |

02/05/25

DATED: February 5, 2025  /S/  Emily Sauvageau
Michele Beckwith
by EMILY SAUVAGEAU
Attorney for Plaintiff

DATED: February 5, 2025  /S/  Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for ESTELA ACEVEDO

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, scheduled for March 3, 2025, at 9:30 a.m., is vacated and the matter is continued to April 28, 2025, at 9:30 a.m., for judgment and sentencing. The parties' proposed modification to presentence report schedule of disclosure and related filing dates is adopted.

IT IS SO ORDERED.

Dated: **February 5, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

02/05/25