1
2
CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
3
Sacramento, CA 95814
(916) 443-8055
4

5    Attorney for ESTELA ACEVEDO

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,              Case No.: 2:21-cr-00109 DAD-5

11           Plaintiff,                     ORDER FOR RETURN OF UNITED
                                            STATES PASSPORT
12
             vs.
13

14   ESTELA ACEVEDO,

15           Defendants.

16

17          Defendant, Estela Acevedo, without objection from the government, hereby

18   requests the return of her United States Passport.  Ms. Acevedo surrendered her passport

19   to the clerk of the court in compliance with the court's July 2, 2021, order.

20   On April 28, 2025, Estela Acevedo was sentenced to credit time served on April 28,

21   2025.

22          WHEREFOR, Defendant ESTELA ACEVEDO hereby requests that her passport

23   be returned to her forthwith.

24

25   DATED:      May 6, 2025      /S/     Clemente M. Jiménez_____
                                         CLEMENTE M. JIMÉNEZ
26                                       Attorney for ESTELA ACEVEDO

27

28

05/06/25

1

**ORDER**

2

    Defendant's unopposed request for the return of her passport will be granted and it

3

is hereby ordered that defendant Estela Acevedo's United States Passport be returned to

4

her forthwith.

5

6

    IT IS SO ORDERED.

7

Dated:    **May 6, 2025**

8

_____

DALE A. DROZD

9

UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

05/06/25